**PARKER | DANIELS | KIBORT**

May 13, 2024

**VIA CM/ECF**
Office of the Circuit Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

Re:   *Lake et al. v. Hobbs et al.,*
      Case No. 23-16022
      Date of Oral Argument: July 2024

Dear Circuit Clerk:

Page 61 of the Appellants' Brief includes a citation to *Ohio Republican Party v. Brunner*, 544 F.3d 711, 718 (6th Cir. 2008). The citation should have included an additional disclosure of the subsequent appellate history of the case: *Republican Party v. Brunner*, 544 F.3d 711, 718 (6th Cir. 2008), *vacated on other grounds by* 555 U.S. 5 (2008) (per curiam) (disagreeing with the Sixth Circuit's analysis of the likelihood of success on the merits issue). Counsel apologizes for the inadvertent error.

                              Sincerely,

                              */s/ Andrew D. Parker*

                              Andrew D. Parker

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
LORI A. JOHNSON
ALEC J. BECK
JOSEPH A. PULL
CHRISTOPHER C. GRECIAN
CODY J. BLADES
JORDON C. GREENLEE
ABRAHAM S. KAPLAN
GREGORY N. ARENSON
AMANDA K. OLIVER

FREDERICK C. BROWN
  OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100



Office of the Circuit Clerk
U.S. Court of Appeals for the Ninth Circuit
May 13, 2024
Page 2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically served the foregoing with the Clerk of the Court for United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 13, 2024.

I further certify that all participants in this case are registered CM/ECF system users, and that service will be accomplished by the appellate CM/ECF system to the case participants.

*/s/ Andrew D. Parker*
Andrew D. Parker