UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KARI LAKE and MARK FINCHEM, Plaintiffs, and ANDREW D. PARKER; et al., Appellants, v. BILL GATES, as a member of the Maricopa County Board of Supervisors; et al., Defendants - Appellees, and ADRIAN FONTES, Arizona Secretary of State; et al., Defendants. | No. 23-16022 D.C. No. 2:22-cv-00677-JJT U.S. District Court for Arizona, Phoenix **MANDATE** |

The judgment of this Court, entered March 14, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT