# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 10, 2025

Clerk
United States Court of Appeals for the
Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 17 2025

FILED _____
DOCKETED _____
DATE          INITIAL

Re: Andrew Parker, et al.
v. Bill Gates, as a Member of the Maricopa County Board of Supervisors, et al.
Application No. 25A540
(Your No. 23-16022)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on November 10, 2025, extended the time to and including January 18, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Katie Heidrick
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Andrew D. Parker
Parker Daniels Kibort LLC
123 North Third Street
Suite 888
Minneapolis, MN 55401


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526